CV-24-00540-TUC-CKJ(PSOT)

10-28-2024

☒ FILED   ☐ LODGED
11/4/2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

To whom it may concern:

Hello, my name is Eric Ruben McGuire & I need assistance seeking legal action! I am writing this unfortunate letter to seek legal action in regards to my human & constitutional rights being violated. I have studied the law library and have been able to build a case as well as have evidence proving that I've been deprived of my rights in violation of 18 USCS 1983 where a Tucson police officer has deprived me of my rights to privacy, in compliance to my first amendment provided by the United States Constitution; which gives me, freedom of religion, freedom of speech, assembly as well as freedom of conscience. Since July 2022, a police officer had conducted a conscience shocking operation in order to take advantage of my first substance use in retaliation by psychological warfare doing an illegal search & seizure of my consciousness violating my 4th amendment as well as my amendment giving me a right to privacy.

As I've studied further with my rights being violated & invoked I've found that certain things following afterward that have violated state & federal laws as well as my constitutional rights. Ultimately this has been a hate crime with psychological warfare with the intentions of making me mentally unstable on medication that is supposed to help me stop "hearing voices". I believe this TPD officer has allowed others - one person in which I reported an Anthony Taylor Jetton's identity theft as well as have an order of protection on granted in April, 2024.

I've been exposed, exploited and believe these people whom I need to seek legal action against have also allowed them/others know my every thought, dream, imagination to others recording me even without my consent. I trusted these people & this officer is abusing his power as a police officer excusing that reason as to doing - whatever he wants.

In July 2022 Tucson Police Officer Nathan Stout, began this psychological warfare during a hard time in my life dealing with eviction, domestic violence from my ex, employment issues as well as drug issues & alcohol addiction. (Breana Stout)

He allowed his wife to not only commit fraud in my name on my Verizon wireless account changing & purchasing $6000 worth of devices.

He also allowed this wife to purchase a blue Honda Civic worth $10K in my name.

Allowed a "Kristin Powers" be - who is on my medical records dating back to an accident in 2019 (claiming I "fled the scene") with her using my insurance (my parents) at the time with a bill from TMC

Then she had a 365 page medical records from the CRC in connection with Tucson Police Department as my "physicians assistant" on a 6 day "over time"; 11/16/2022, 11/19/2022 ②, 9/14-9/16 2022 ③, 10/02 ④ 10/04/2023 ⑥ (illegally) 3 day                    inpatient

Using my Arizona complete Health insurance in which I only applied to AHCCCS back in 2023 of July and seemingly registered dating back to November 2022; when I got evicted that month from Sierra Ridge @ 6363 E 22nd St.

I contacted Nuclear Staff during my inpatient stay at the CRC where I got my awfully detailed CRC medical record over 300 pages when I only stayed at CRC no more than 6 days under supervision of Medical director & city councilman "Francisco Garcia".

After my Release from TPD's CRC detox center not only did peoples voices I was around began getting recorded this group of people motivated a "murder-for-hire"-bounty hunt on me after my release, proving so on September 12th, 2023 — 12 hours after my release from Pima County Jail, I entered a bus #37 around 1-3pm where the bus was shot at prior to my CRC intake