# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Ruben McGuire, | NO. CV-24-00540-TUC-SHR (PSOT) |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Unknown Party, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 18, 2025,  judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

July 15, 2025

Debra D. Lucas
District Court Executive/Clerk of Court

By  s/ S. Bracamonte
Deputy Clerk